WALTER DUNWOODY et al., respondents,

*v.*

JULIUS GOLDFARB et al., appellants.

[Decided February 1st, 1932.]

*Messrs. Huckin & Huckin,* for the respondents.

*Messrs. Gross & Gross,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *107 N. J. Eq. 270.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ.   15.

*For reversal*—None.